UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | § <br> § <br> § |
| v. | § Case No.: 1:25-CR-00324-JMA-CHK <br> § |
| CURTIS LEE MEEKS JR., <br> Defendant. | § <br> § <br> § |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND REMOVE GPS MONITORING**

Pursuant to 18 U.S.C. § 3142(c), Defendant respectfully moves this Court to modify the conditions of his pretrial release and remove the requirement of GPS monitoring.

1. Defendant has fully complied with every condition of release imposed by this Court.

2. Defendant has appeared as required and has never failed to appear in this matter.

3. Defendant is not a flight risk and poses no danger to the community.

4. Defendant has strong ties to the community and has consistently submitted himself to the jurisdiction of this Court.

5. The Bail Reform Act requires that conditions of release be the least restrictive necessary to reasonably assure appearance and community safety.

6. GPS monitoring is unnecessary, excessive, and not supported by Defendant's conduct.

WHEREFORE, Defendant respectfully requests that this Court remove GPS monitoring as a condition of release and maintain any other reasonable conditions deemed appropriate.

Respectfully submitted,

_____
Curtis Lee Meeks Jr.
Defendant, Pro Se
101 Waterstone Cove
Georgetown, Texas 78628
(786) 218-0773
Date: 12-15-2025

REC'D IN PRO SE OFFICE
DEC 18 '25 PM 2:33