**Jin P. Lee**
**The Law Office of Jin P. Lee**
**30 Wall Street, 8th Fl.**
**New York, NY 10005**
**(212) 709-8242**

February 11, 2026

<u>By ECF</u>

The Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                              re: United States v. Curtis Meeks 25 cr 314 (CHK)

Dear Judge Kaminsky:

     I have conferred with Mr. Meeks, government counsel and Ms. Hernandez and we propose an agreed date of March 3, 2026 at 12 noon for an in person hearing on Mr. Meeks' application for substitute counsel.  *See* Feb. 11, 2026 minute entry and ECF Nos. 453, 454.

     Thank you.

                                                                   Respectfully submitted,

                                                                   *Jin P. Lee*

                                                                   Jin P. Lee

cc:    Courtroom Deputy Shannon Hernandez (by ECF and email)
         AUSAs Irisa Chen, Sean Sherman, Michael Gibaldi (by ECF and email)