UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- -------------------------------------------------------- x

UNITED STATES OF AMERICA,      :      ORDER

      -against-      :      25-CR-314 (RER) (CHK)

CURTIS MEEKS,      :

      Defendant.      :
- -------------------------------------------------------- x

CLAY H. KAMINSKY, UNITED STATES MAGISTRATE JUDGE:

Upon the application of the defendant, Curtis Meeks, USMS No. 19527-512, by his attorney, Jin Lee, it is hereby

ORDERED, pursuant to 18 U.S.C. § 4285, that the U.S. Marshals Service is directed to arrange and pay for the defendant's travel by air from Austin-Bergstrom International Airport (AUS) in Texas to New York City, in anticipation of his appearance before this Court on Tuesday, March 3, 2026, at 12:30 p.m. The airplane tickets should be issued in the name of "Curtis Meeks."

Dated: Brooklyn, New York
      February 26, 2026

SO ORDERED:

_Clay H. Kaminsky_____
Clay H. Kaminsky
United States Magistrate Judge

1